# EXHIBIT 2



Each agency contributing an employee to the unit will retain that employee as an employee of the contributing agency and will be solely responsible for that employee: such responsibility shall include the employee's salary and benefits, as well as all terms and conditions of employment.

Any duly sworn peace officer, while assigned to duty with the unit as herein provided and working at the direction of the Executive Board, its Chairperson and the Unit Commander, shall have the same powers, duties, privileges, and immunities as are conferred upon him as a peace officer in his own jurisdiction. They shall also have the authority on behalf of the D.E.A to enforce Federal drug-trafficking laws..

Participating agencies may withdraw from the Unit by written statement of termination directed to the Chairperson of the Executive Board. Termination of an agency's participation and its responsibilities under this Agreement shall take place automatically thirty (30) days after receipt of such written notice, or immediately upon written notification that said agency is unable to sustain the required funding.

## VI. BUDGET

The Executive Board shall adopt a budget. The D.E.A. shall be responsible for office space and all operating costs. **The High Intensity Drug Trafficking Area grant will provide the task force with cell phones, cars and PE/PI money or other expenditures as allocated by the H.I.D.T.A. grant.**

Assets seized by the Task Force will be retained by the Task Force in accordance with RCW 69.50.505, Seizures and Forfeitures. **Equipment purchased, with the exception of H.I.D.T.A. purchased equipment, will belong to the Task Force. H.I.D.T.A. equipment will be disposed of in accordance with H.I.D.T.A. equipment guidelines.** In the event the unit is disbanded, such Task Force equipment derived from seizures will be distributed as equally as possible to contributing agencies. However, if only one agency terminates, equipment derived from seizures will remain with the unit.



The Byrne Grant fiscal cycle is July 1 to June 30 annually. The application for the grant is submitted to Washington State Department of Community, Trade & Economic Development by the Project Coordinator with the assistance of the Resident Agent in Charge. Funds are distributed under the direction of the Executive Board. The Pierce County Sheriff's Department is the assigned Contractor for the grant. As the Contractor the Department assumes responsibility for the distribution of the grant funds. Participating agencies shall bill the Contractor monthly. The Contractor, upon receipt of said bill, shall bill the State for reimbursement from the grant. Upon receipt of funds, Contractor shall reimburse the participating agencies. **If Byrne funding is discontinued, all participating agencies have the option to discuss the continuation of assignment of staff to the Task Force.**

11/09/2009  11:43     2533837974                DEA TACOMA RO                        PAGE  05/09



The Task Force shall fund one full time clerical position from seized and recovered funds.

## VII.   CONTEMPLATED UNIT COSTS

The Unit's primary focus shall be on investigations centering on narcotics trafficking, attempting to impact the highest level dealer and wholesaler as possible.   In circumstances wherein a determination of specific priorities of these investigations must be made, the Executive Board will direct the Project Coordinator and the RAC as to the unit's direction.  The unit will be responsible for accomplishing the Board's objectives.

## VIII.  UNIT OBJECTIVES

The Task Force shall perform the activities and duties described below:

a.       Disrupt the illicit drug traffic in the Pierce County area by dismantling target violators and trafficking organizations; and

b.       Gather and report intelligence data relating to the trafficking in narcotics dangerous drugs; and

c.       Conduct undercover operations where appropriate and engage in such other traditional methods of investigation in order that the Task Force's activities result in effective prosecution before the courts of the United States and the State of Washington.

## IX.   CONCLUSION

Law enforcement agencies are faced with the responsibility of narcotics investigations with decreasing resources.   Countywide, multi-agency task forces have proven their ability to make significant impacts on crime.  Such units are an extremely efficient use of law enforcement expenditures.  The cost effectiveness of this unit for city and county resources is enhanced by the participation of the Drug Enforcement Administration; Pierce County Prosecutor's Office and the State Patrol.  This integrated law enforcement approach to narcotics investigations has been proven throughout the country as a positive approach to combating the increasing lawlessness that surrounds narcotics within our society.



4

On behalf of my agency, I hereby confirm our commitment to participate in the Tahoma Narcotics Enforcement Team in accordance with the objectives and policies set forth in this agreement.

_____        _____
Pierce County Sheriff                        Date

_____        _____
Pierce County Prosecutor                     Date

_____        _____
Puyallup Police Department                   Date

_____        _____
Bonney Lake Police Department                Date

_____        _____
Sumner Police Department                     Date

_____        _____
Tacoma Police Department                     Date

_____        _____
Washington State Patrol                      Date

_____        _____
Drug Enforcement Administration              Date



On behalf of my agency, I hereby confirm our commitment to participate in the Tahoma Narcotics Enforcement Team in accordance with the objectives and policies set forth in this agreement.

_Paul A Pastry_

Pierce County Sheriff

7-2202

Date

Pierce County Prosecutor

Date

_Bridger Cool_

Puyallup Police Department

5-10-02

Date

APPROVED BY CITY COUNCIL 05/06/2002

Bonney Lake Police Department

Date

Sumner Police Department

Date

Tacoma Police Department

Date

Washington State Patrol

Date

Drug Enforcement Administration

Date