# EXHIBIT 4

 Windows Live™

**RE: PUBLIC DISCLOSURE REQUEST PD-08-1055-0028**
From: **Gretchen.Dolan@wsp.wa.gov**
Sent: Tue 2/19/08 5:38 PM
To: worthingtonjw2u@hotmail.com

Dear Mr. Worthington,

The entities you mention below are not part of the WSP. This employee is contracted to these entities, who maintain their own offices, their own organizational structure, their own services, and their own records. We do not have possession of these records in any way. If these were WSP records, or if they were in our possession, we would provide them to you or cite to a specific exemption under the Public Records Act RCW 42.56 as our justification for withholding them. However, in this case, we are not withholding anything as we do not have anything. I apologize if my original response did not properly explain the situation. Please feel free to contact me if you have any additional questions.



Sincerely,

# Gretchen Dolan

Washington State Patrol

Public Records Manager

PO Box 42631

Olympia WA 98504

w/(360)753-5467

c/(360)951-9036

f/(360)753-0234

*This message and any attachments may be confidential. Dissemination, distribution, or copying of this communication without approval is prohibited. If this message is received in error, please notify the sender and delete the message.*

---

**From:** john worthington [mailto:worthingtonjw2u@hotmail.com]
**Sent:** Friday, February 15, 2008 5:38 PM
**To:** Dolan, Gretchen (WSP)
**Subject:** RE: PUBLIC DISCLOSURE REQUEST PD-08-1055-0028

Hello Gretchen,

Fred Bjornberg is paid by the state, he is a state employee in a state drug task force.
His records should be subject to the Washington State public disclosure act.
The Warrant was issued by a state judge, to a state drug task force West Net working with another state drug task force Tahoma narcotics enforcement team.

The state of Washington initiated this case not the federal government.

I am renewing a request for those records until you claim a specific exemption for Washington State agency reports citing a specific RCW..

## 2007 Washington State Patrol List of Employees, Job Title and Salary

**ET** is Employee Type: 6 is faculty, 7 is non-faculty, 1 is classified by state merit rules, 2 is exempt from state merit rules
**PU** is Pay Unit: M is monthly, H is hourly, C is contracted, D is daily,
**MP** is months paid
**%FT** is percent of full-time

| Name | Job Title | ET-PU | MP | %FT | Salary |
|---|---|---|---|---|---|
| AALONA, BARBARA G | OFF ASST 3 | 1M | 0 | 100 | 2588 |
| ABELL, CARSON H | WSP Trooper Less | 2M | 0 | 100 | 3742 |
| ABOE, MICHAEL B | VOC EDUC PRG SPC | 1M | 0 | 100 | 5125 |
| ABT, DENNIS C | COMMUN OFFICER | 1M | 0 | 100 | 2580 |
| ACKERSON, SARAH L | FNGRPRINT TECH 1 | 1M | 0 | 100 | 2415 |
| ADAMS, MARIAN E | SEC ADMIN | 1M | 0 | 100 | 3128 |
| ADAMS, THOMAS R | COMMUN OFF 2 | 1M | 0 | 100 | 3584 |
| ADKINSON, KURT M | WSP Sergeant Pay | 2M | 0 | 100 | 5990 |
| BIGGER, ELIZABETH P | WSP Trooper Grea | 2M | 0 | 100 | 5353 |
| BIRKELAND, GREG A | WSP Trooper Grea | 2M | 0 | 100 | 4911 |
| BIRMAN, CAMERON M | WSP Trooper Grea | 2M | 0 | 100 | 4911 |
| BISHOP, BRETT M D | FORENSIC SCI 1 | 1M | 0 | 100 | 3208 |
| BJORKMAN, RICHARD L | WSP Trooper Grea | 2M | 0 | 100 | 4911 |

| BJORKMAN, STEPHANIE G | WSP Trooper Less | 2M | 0 | 100 | 4284 |
|---|---|---|---|---|---|
| BJORNBERG, FREDRICK | WSP Sergeant Pay | 2M | 0 | 100 | 6173 |

Tahoma Narcotics Enforcement Team

Service Area: Pierce County

Participating Agencies: Auburn Police Department

Bonney Lake Police Department

Department of Corrections

Drug Enforcement Administration

Pierce County Sheriff's Department (contractor)

Pierce County Prosecutor's Office

Tacoma Police Department

Washington State Patrol

SFY-2007 Grant Funding: $273,116

Operations Contact: Resident Agent-in-Charge Scott Gor

- List of Grant Funded Multi-Jurisdictional Narcotics Task Forces

For Information contact:

Dan Davis, Program Manager

Safe & Drug-Free Communities Unit

Department of Community, Trade and

Economic Development

(360) 725-3041

---

Subject: RE: PUBLIC DISCLOSURE REQUEST PD-08-1055-0028
Date: Fri, 15 Feb 2008 13:13:36 -0800
From: Gretchen.Dolan@wsp.wa.gov