# EXHIBIT 7

**Bushnell, Jill (MIL)**

| | |
|---|---|
| From: | Lowenberg, Timothy (MIL) |
| Sent: | Sunday, June 08, 2008 4:44 PM |
| To: | Zehnder, Cindy (GOV); Ryan, Kym (GOV); Larsen, Becky (GOV) |
| Cc: | Heinze, Scott (GOV); Rupp, Mark (GOV) |
| Subject: | Monday Alert - 9 June 2008 |
| Importance: | High |

These are developments that might be of interest this week.

[Non-Responsive Paragraphs Redacted]

Former State Representative Toby Nixon (R-45th District) sent me an email in his new role as president of the Washington Coalition for Open Government in which he took exception to our refusal to release government records to "one of the members" of the Coalition. He left the member unnamed, but we know he was referring to Mr. John Worthington a well-known marijuana advocate who was convicted on several counts of illegal drug activities based on results of a search warrant obtained and executed by civilian law enforcement officials with technical support from Military Department Counter-Drug personnel and aviation assets. Mr. Worthington has been peppering us with RCW disclosure requests but refuses to follow our guidance that the records he's seeking are federal records which must be sought under the federal Freedom of Information Act (FOIA). I've invited Toby to meet with me one-on-one to try to help him (Mr. Nixon) understand the complexities of the Military Department's legal status and the nature of our operations in support of federal, state, local and tribal law enforcement agencies.

[Non-Responsive Paragraphs Redacted]

TACOMA REGIONAL TASK FORCE
EXECUTIVE BOARD MEETING
MINUTES
February 14, 2007

Present:   RAC Scott Gordon, DEA
           GS Fred Bjornberg, WSP
           Chief Jim Collyer, PPD
           Chief Mike Mitchell, BLPD
           Lt. Rich Wiley, WSP
           Capt. Paul Mielbrecht, TPD
           Capt. Rick Adamson, PCSO
           Craig Adams, PCPO
           Julie Lane, PCPO
           Doug Hill, PCPO
           Asst Chief Dave Karnits, WSP
           Lt. Larry Minturn, PCSO
           Act.Lt. Dana Hubbard, BLPD
           Capt. Tim Braniff, WSP

## PROJECT MANAGER'S REPORT:

Rac Gordon informed the board that during the month of January there was a case wherein we buy/busted 5 defendants for distributing Meth. We seized 4 cars, 2 guns and arrested 5 ▮▮▮▮▮. They were stashing their dope in the rear speakers of a vehicle.

The group also assisted WESTNET with the search warrants on several medical marijuana operations. The net plant seizure was 1193 plants, arrest of 5 people who tended the grows two of who were ▮▮▮▮▮ who gave good implicating statements. It is believed that the targets of the investigation ▮▮▮▮▮ and ▮▮▮▮▮ are working with ▮▮▮▮▮ ▮▮▮▮▮ The Department of Defense is looking into ▮▮▮▮▮ is the director of ▮▮▮▮▮ a ▮▮▮▮▮ facility who sells plants to patients so that they can have their own grow and supply. Federal Law does not recognize Medical Marijuana consequently if our office goes out and does a raid and finds marijuana there the plants will be seized even thought they maybe under the medical marijuana threshold.

The office also has done several grows in the city of Tacoma. These seem to be run by members of ▮▮▮▮▮ community.

The office is continuing working on a case of Meth Traffickers who are using a converted house in the ▮▮▮▮▮ area to deal out of. This is suppose to be a ½ way house but not being used for that purpose. The main players are using the addicts to wire money to ▮▮▮▮▮. They are using ▮▮▮▮▮ to do the wire transfers and it is estimated that since Thanksgiving of 2006 $200,000 has been wired to ▮▮▮▮▮. One load of Meth that was taken off came back from the lab as being 98% pure Meth.

# WestNET POLICY BOARD MEETING
# 4th QUARTER MINUTES
# January 19th, 2007

Present for the meeting:

| | |
|---|---|
| Sheriff Steve Boyer | Kitsap County Sheriff's Office |
| Undersheriff Dennis Bonneville | Kitsap County Sheriff's Office |
| Chief Dave White | Kitsap County Sheriff's Office |
| Chief Jeff Doran | Poulsbo Police Department |
| Chief Al Townsend | Port Orchard Police Department |
| Chief Craig Rogers | Bremerton Police Department |
| Chief Terry Davenport | Shelton Police Department |
| SSA Andy Snowden | Naval Criminal Investigative Service |
| Inspector Dean Byrd | Mason County Sheriff's Office |
| Lt. Randy Drake | Washington State Patrol |
| Lt. Earl Smith | Kitsap County Sheriff's Office |
| Sgt. Carlos Rodriguez | WSP/WestNET |
| Kevin Kelly | Kitsap County Prosecutor's Office |

1005 hours  Meeting opened by Lt. Earl Smith.

All members of the WestNET Policy Board introduced themselves. Lt. Smith turned the meeting over to Sgt. Rodriguez.

**WestNET STAFFING**

Sgt. Rodriguez went over the current staffing at WestNET. He acknowledged the members and their commitment to the success of WestNET. 2006 brought many challenges to WestNET. Those included: 4 new detectives along with himself as the new Sergeant, a detective on maternity leave, 3 detectives assigned to DEA for 3 months, and schools that a number of detectives attended. Even with these limitations, many statistics were increased from the 2005 numbers.

**WestNET HOLIDAY EMPHASIS**

Sgt. Rodriguez provided a brief overview of the "WestNET Holiday Emphasis". He also spoke about WestNET's assist to Bremerton SOG's continuing MDMA case. (See handouts).

## 2006 ACCOMPLISHMENTS

Sgt. Rodriguez presented a synopsis of WestNET's 2006 cases. Highlights included cases associated to each detective at the task force. (See handouts).

## 2007 "STARTS OFF WITH A BANG!!!

Sgt. Rodriguez said WestNET has started off the year 2007 with a Bang! He explained details associated to several important cases WestNET has been involved in, some that continue to be on-going investigations. (See handouts). Lt. Smith announced WestNET's recent training at C.N.O.A. was a real benefit to Detective Dobbins case that netted a pound of methamphetamine. The suspects had the dope hidden within their car and it was discovered behind a trap door. CNOA's training in this area was an asset to the case.

Chief Doran advised he had received positive words from the Poulsbo City Council. They were extremely happy with the City of Poulsbo's participation in WestNET, after the recent press releases.

## FINANCES

Sgt. Rodriguez told Members he had included information in their packet on WestNET's current finances. They should contact him if they have any questions.

Lt. Smith also recognized Lt. Randy Drake for his abilities when assigned to WestNET. They have made Sgt. Rodriguez's transition into WestNET an easy one.

## DISCUSSION

Lt. Smith announced a "round the room" discussion would take place for Members to present information and/or ask questions. He said this would probably be Chief Doran's last Policy Board meeting due to his soon-to-be retirement. The discussion highlights included Inspector Byrd advisement of Mason County's newly elected Sheriff Salisbury's scheduling conflict or he would have been at the meeting. Inspector Byrd said Mason County saw no changes to their support of the task force. Lt. Drake advised WestNET was approved for $13,000 from the National Marijuana Initiative Grant. He said WestNET would more than likely receive $20,000 for Marijuana Eradication, but those numbers have not be confirmed. Lt. Drake said he would be going to Washington D.C. next week to attend meetings that would (hopefully) provide additional monies from the Meth Initiative Grant. Prosecutor Kevin Kelly again asked for candidates for hearing examiners. Currently there is only one person that is conducting seizure hearings. Cases are being set with far-reaching dates. He requests assistance in finding persons to fill these positions.


Undersheriff Bonneville opened discussions concerning WestNET's first case of the year, involving a Steve Sarich, John Worthington, and an alleged medicinal marijuana grow.

All Members of the task force were familiar with this and several media articles were passed around. Kevin Kelly said it's best not to "try the case" in the media. It was decided Sgt. Rodriguez would provide Lt. Smith with specific information and a fact sheet for this case. Lt. Smith would disperse these to task force members. If respective elected officials had questions, members could answer the questions with these documents. It was agreed Sheriff Boyer would reach out to Governor Gregoire and WASPC as the need arises. Kevin Kelly stated Prosecutor Hauge had already spoken with WAPA and answered questions they had. Lt. Drake stated he would be in contact with persons in Olympia, who in turn would provide necessary information to legislative representatives.

Next meeting will be in April. Lt. Smith will e-mail all Policy Board Members the date.

The meeting was adjourned at 1055 hours by Lt. Earl Smith.



Office of
Steve Boyer
# KITSAP COUNTY SHERIFF'S OFFICE
*614 DIVISION STREET  *  PORT ORCHARD, WASHINGTON 98366  *  (360) 337-7101  *  FAX 337-4923*

June 10, 2009

John Worthington
4500 SE 2nd Place
Renton WA 98059

    RE:    Request for Information, Documents and/or Records

Dear Mr. Worthington:

On May 4, 2009, the Kitsap County Sheriff's Office received your request for:

1. Any written proof of John Worthington's "conviction" on "several counts" of illegal activities, filed with any court in Washington State or the United States;
2. Any written proof of an affidavit for a request to use any Military aviation technical support or assets, signed by Kitsap County Judge Theodore Spearman on January 12, 2007, granting the use of military technical support or aviation assets for 4500 SE 2nd Place, Renton WA 98059, on or before January 12, 2007;
3. Any written proof of a request for counter drug support from the Washington State Military Department or Department of Defense by WestNet or TNET; and,
4. Any written explanation of any technical support from the Washington State Military Department or involvement by the Department of the Defense to be used for the raid and warrant support, or the affidavit for search warrant obtained from Kitsap County Judge Theodore Spearman, fro the residence at 4500 SE 2nd Place, Renton WA 98059, on or before January 12, 2007.

Our response is as follows:

1. The Kitsap County Sheriff's Office has no written proof of John Worthington's "conviction" on "several counts" of illegal activities, filed with any court in Washington State or the United States;
2. The Kitsap County Sheriff's Office has no written proof of an affidavit for a request to use any Military aviation technical support or assets, signed by Kitsap County Judge Theodore Spearman on January 12, 2007, granting the use of military technical support or aviation assets for 4500 SE 2nd Place, Renton WA 98059, on or before January 12, 2007 other than the court documents which we sent you on June 9, 2009;
3. The Kitsap County Sheriff's Office has no written proof of a request for counter drug support from the Washington State Military Department or Department of Defense by WestNet or TNET; and,

4. The Kitsap County Sheriff's Office has no written explanation of any technical support from the Washington State Military Department or involvement by the Department of the Defense to be used for the raid and warrant support, or the affidavit for search warrant obtained from Kitsap County Judge Theodore Spearman, fro the residence at 4500 SE 2nd Place, Renton WA 98059, on or before January 12, 2007 other than the court documents that were sent to you on June 9, 2009.

This completes this request. If we can be of any further assistance, please contact us.

Sincerely,
Dave White
Division Chief
Detectives / Support Services

By:  *Karen M. Brezler* #1030
     Support Services/Dissemination

### CERTIFICATE OF MAILING

The undersigned certifies under penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

[ X ]  Via U.S. Mail – First Class          [ ]  Via U.S. Mail - Certified
[ ]    Via Email:                           [ ]

DATED this 10th day of May, 2009

_____
Karen M. Brezler, Support Services/Dissemination



# Pierce County
## Sheriff's Department

930 Tacoma Avenue South
Tacoma, Washington 98402

26 May 2009

Mr. John Worthington
4500 SE 2nd Pl.
Renton, WA. 98059

RE: Request for records

Dear Mr. Worthington:

On behalf of the Tahoma Narcotics Enforcement Team (TNET/DEA) I am responding to your letter dated May 2, 2009. Please be advised as follows:

1. TNET has no record of any "conviction" for you.
2. TNET has no documents showing any "written proof of an affidavit for a request to use any military activation technical support or assets" signed by Judge Spearman or any other Judge as indicated.
3. TNET has no documents showing any "written proof of a request for counter drug support from the Washington State Military Department, or Department of Defense".
4. TNET has no documents showing any "written explanation of any technical support from the Washington State military Department or involvement by the Department of Defense to be use for the raid and warrant support..." as indicated in your letter.

Thank you for your letter on this; but, my client (TNET) has no records which are responsive to your request.

Yours very truly,

Craig Adams
Deputy Prosecuting Attorney and
Legal Advisor to the Sheriff

Printed on recycled paper