# EXHIBIT 8

# RE: PUBLIC DISCLOSURE REQUEST

From: **Bushnell, Jill (MIL)**
(Jill.Bushnell@mil.wa.gov)

Sent: Thu 5/01/08 6:59 PM

To: john worthington
(worthingtonjw2u@hotmail.com)

**Dear Mr. Worthington,**

**The Military Department has no state records responsive to your request dated April 25, 2008. _The Washington National Guard Counter Drug Task Force (CDTF) is a federal program of federal employees that produce federal records._ The Washington National Guard judge advocate general confirmed that the CDTF did not share any reports such as those your requested with state employees or state programs, and that the state has never owned, used, prepared, or maintained records responsive to your request.**

## RE: PUBLIC DISCLOSURE REQUEST

From: **Bushnell, Jill (MIL)** (Jill.Bushnell@mil.wa.gov)
Sent: Thu 5/01/08 11:59 AM
To:    john worthington (worthingtonjw2u@hotmail.com)

Dear Mr. Worthington,

The Military Department has no state records responsive to your request dated April 25, 2008. The
Washington National Guard Counter Drug Task Force (CDTF) is a federal program of federal employees that
produce federal records. The Washington National Guard judge advocate general confirmed that the CDTF
did not share any reports such as those your requested with state employees or state programs, and that
the state has never owned, used, prepared, or maintained records responsive to your request.

You may address requests for federal Washington National Guard records pursuant to the Freedom of
Information Act (FOIA) to Major Matthew Cooper at matthew.cooper@us.army.mil.

Sincerely,

Jill Bushnell
Homeland Security Strategic Planning Manager
Public Records Officer
Washington Military Department
(253) 512-8110
(253) 606-2327 Cell
(253) 512-8497 Fax
jill.bushnell@mil.wa.gov

**From:** Bushnell, Jill (MIL)
**Sent:** Tuesday, April 29, 2008 9:02 AM
**To:** john worthington
**Subject:** RE: PUBLIC DISCLOSURE REQUEST

Dear Mr. Worthington:

I received your public records request dated April 25, 2008. The Military Department is searching for any
potentially responsive state records. I expect to further respond to you by Friday, May 9, 2008.

Sincerely,

Jill Bushnell
Homeland Security Strategic Planning Manager
Public Records Officer
Washington Military Department
(253) 512-8110
(253) 606-2327 Cell
(253) 512-8497 Fax
jill.bushnell@mil.wa.gov

**From:** john worthington [mailto:worthingtonjw2u@hotmail.com]

# POSSE COMITATUS ACT

## 20 Stat. L., 145

## June 18, 1878

CHAP. 263 - An act making appropriations for the support of the Army for the fiscal year ending June thirtieth, eighteen hundred and seventy-nine, and for other purposes.

SEC. 15. From and after the passage of this act it shall not be lawful to employ any part of the Army of the United States, as a posse comitatus, or otherwise, for the purpose of executing the laws, except in such cases and under such circumstances as such employment of said force may be expressly authorized by the Constitution or by act of Congress; and no money appropriated by this act shall be used to pay any of the expenses incurred in the employment of any troops in violation of this section And any person willfully violating the provisions of this section shall be deemed guilty of a misdemeanor and on conviction thereof shall be punished by fine not exceeding ten thousand dollars or imprisonment not exceeding two years or by both such fine and imprisonment.

10 U.S.C. (United States Code) 375

Sec. 375. Restriction on direct participation by military personnel:

The Secretary of Defense shall prescribe such regulations as may be necessary to ensure that any activity (including the provision of any equipment or facility or the assignment or detail of any personnel) under this chapter does not include or permit direct participation by a member of the Army, Navy, Air Force, or Marine Corps in a search, seizure, arrest, or other similar activity unless participation in such activity by such member is otherwise authorized by law.

18 U.S.C. 1385

Sec. 1385. Use of Army and Air Force as posse comitatus

Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army or the Air Force as a posse comitatus or otherwise to execute the laws shall be fined under this title or imprisoned not more than two years, or both.

*Sealed and Mailed*
*10-24-02*

# WASHINGTON NATIONAL GUARD
## COUNTERDRUG TASK FORCE
### CAMP MURRAY
### TACOMA, WASHINGTON 98430-5063

MEMORANDUM OF UNDERSTANDING
BETWEEN
THE WASHINGTON NATIONAL GUARD
AND
CLARK/SKAMANIA DRUG TASK FORCE

SUBJECT: Military Support and assistance to Federal, State, and Local Law Enforcement Agencies in Drug-Interdiction and Counter-Narcotic activities.

1. Purpose. This Memorandum of Understanding (MOU) prescribes the procedures and guidelines for cooperation between the Clark/Skamania Drug Task Force and the Washington National Guard (WNG) while executing Counterdrug Task Force (CDTF) Ground and Aviation missions.

2. Authority: Washington National Guard involvement in drug interdiction and counter-narcotics activities is authorized by, and shall be consistent with, Washington State law as certified by the Attorney General of Washington. Washington National Guard Counterdrug support is federally funded, and is, therefore, also authorized and regulated by National Guard Regulation (AR) 500-2/ National Guard Regulation (AF) 55-06 to the extent these federal regulations do not conflict with Washington State law. The Washington National Guard enters into this support agreement pursuant to such authority and the Washington State plan for Counterdrug support activities.

3. Definitions: The term Law Enforcement Agency (LEA) is defined as an organization, or a coordinating council comprised of several LEA's empowered by local, state, or Federal law to investigate, enforce or prosecute criminal law regarding drugs and controlled substances. The above agency is hereafter named the LEA for this MOU. The term National Guard (NG) includes the Army and Air National Guard of the state of Washington.

4. Program. The Washington National Guard is a reserve component of the armed forces. In a non-federalized status, the Washington National Guard is commanded by the Governor of the state of Washington and is not subject to the provisions of the Posse Comitatus Act. The National Guard's role in Counterdrug support activities is to provide support to LEA's that request assistance. National Guard personnel and equipment may be deployed on approved missions to support Counterdrug activities of federal, state and local LEA's.

5. Missions: The Washington National Guard support missions will include the following:

### MISSION CATEGORY # 1 – Program Management

Mission 1. Counterdrug Coordination, Liaison, and Management – Plan and coordinate state Counterdrug supply and demand reduction support, establish liaison with supported LEA's and other community organizations, resource and manage personnel and equipment requirements for

1
2
3
4
5
6
7

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
8 **IN AND FOR THE COUNTY OF PIERCE**

9 | JOHN WORTHINGTON,                    No. 08-2-09119-3

10 |                        Plaintiff,    **DEFENDANT'S ANSWERS**
   |                                      **AND RESPONSE TO**
   | v.                                   **PLAINTIFF WORTHINGTON'S**
11 |                                      **INTERROGATORIES AND**
   | WASHINGTON MILITARY                  **REQUESTS FOR**
12 | DEPARTMENT,                          **PRODUCTION OF**
   |                                      **DOCUMENTS**
13 |                        Defendant.

14
        Defendant responds to Plaintiff's Interrogatories and Requests for Production of
15
Documents as follows:
16
                              <u>General Objection</u>
17
        Defendant objects generally to Plaintiff's prefatory instructions and definitions to the
18
extent they purport to require more than the Civil Rules of Procedure require.  Defendant
19
neither stipulates nor agrees to the definitions and instructions contained in Plaintiff's
20
Interrogatories and Requests for Production of Documents.  All responses below are given
21
without waiving this general objection, and are made pursuant to CR 26(g).
22
23                     **INTERROGATORY ANSWERS**
24
**INTERROGATORY NO. 1:**  Please identify each and every person who participated in
25 responding to these interrogatories and document requests.  In answering this interrogatory
please also state his/her relationship to the Defendant.
26

DEFENDANT'S ANSWERS AND                    1              ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                          Government Operations Division
WORTHINGTON'S INTERROGATORIES                                     7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                          PO Box 40108
DOCUMENTS                                                        Olympia, WA  98504-0108
                                                                      (360) 586-3636

1  **ANSWER:**   Without waiving any objections or privileges, the persons identified in answer
   to Interrogatory No. 2 participated in responding.
2

3  **INTERROGATORY NO. 2:**   Please identify each and every person who has personal
   knowledge of the facts set forth in the Complaint.
4

5  **ANSWER:**   Because Plaintiff filed an Amended Complaint, in responding to this discovery
   Defendant assumes the references to "Plaintiff's Complaint" means "Plaintiff's Amended
6  Complaint".   The following Washington Military Department state employees have personal
   knowledge of at least some of the facts alleged in Plaintiff's Amended Complaint:
7

8  Jill Bushnell, Washington Military Department, Public Records Officer; Washington Military
   Department Bldg. 1 Camp Murray WA 98430;
9

   Nancy Bickford, Washington Military Department, Special Assistant to the Director and
10 supervisor of Jill Bushnell; Washington Military Department Bldg. 1 Camp Murray WA
   98430;
11

12 Major General Timothy J. Lowenberg, as Adjutant General and Director of the Washington
   Military Department; Washington Military Department Bldg. 1 Camp Murray WA 98430.
13
   **INTERROGATORY NOS. 3-6:  FLIGHT LOGS**
14
   **INTERROGATORY NO. 3:**    Please describe the process(es) by which flight logs are
15 created, modified, received, used, processed, stored, archived and/or destroyed, and identify
   any policies, procedures, manuals or other records that relate to your answer.
16
   **ANSWER:**   The requested "flight logs", if they exist, are not state public records (i.e., they
17 are not writings containing information relating to the conduct of government or the
   performance of any governmental or proprietary function that are prepared, owned, used, or
18 retained by the Washington Military Department, a state agency); therefore the Washington
   Military Department cannot answer this Interrogatory.
19

20 **INTERROGATORY NO. 4:**      Please identify the persons who create, modify, receive,
   use, process, store, archive and/or destroy flight logs.
21

22 **ANSWER:**   The requested "flight logs", if they exist, are not state public records (i.e., they
   are not writings containing information relating to the conduct of government or the
23 performance of any governmental or proprietary function that are prepared, owned, used, or
   retained by the Washington Military Department, a state agency); therefore the Washington
24 Military Department cannot answer this Interrogatory.

25

26

DEFENDANT'S ANSWERS AND                    2              ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                         Government Operations Division
WORTHINGTON'S INTERROGATORIES                                      7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                        PO Box 40108
DOCUMENTS                                                        Olympia, WA  98504-0108
                                                                     (360) 586-3636

1   **INTERROGATORY NO. 5:**        Please describe the quantity, organization, form and
2   precise physical location of the flight logs on or about December 14, 2007.

3   **ANSWER:**   The requested "flight logs", if they exist, are not state public records (i.e., they
    are not writings containing information relating to the conduct of government or the
4   performance of any governmental or proprietary function that are prepared, owned, used, or
    retained by the Washington Military Department, a state agency); therefore the Washington
5   Military Department cannot answer this Interrogatory.

6   **INTERROGATORY NO. 6:**        Please describe the quantity, organization, form and
7   precise physical location of the flight logs on or about September 4, 2009.

8   **ANSWER:**   The requested "flight logs", if they exist, are not state public records (i.e., they
    are not writings containing information relating to the conduct of government or the
9   performance of any governmental or proprietary function that are prepared, owned, used, or
    retained by the Washington Military Department, a state agency); therefore the Washington
10  Military Department cannot answer this Interrogatory.

11
    **INTERROGATORY NOS. 7-10:  COUNTERDRUG SUPPORT REQUESTS**
12
    **INTERROGATORY NO. 7:**        Please describe the process(es) by which counterdrug
13  support requests are created, modified, received, used, processed, stored, archived and/or
    destroyed, and identify any policies, procedures, manuals or other records that relate to your
14  answer.

15
    **ANSWER:**   The requested "counterdrug support requests", if they exist, are not state public
16  records (i.e., they are not writings containing information relating to the conduct of
    government or the performance of any governmental or proprietary function that are prepared,
17  owned, used, or retained by the Washington Military Department, a state agency); therefore the
    Washington Military Department cannot answer this Interrogatory.
18

19  **INTERROGATORY NO. 8:**        Please identify the persons who create, modify, receive,
    use, process, store, archive and/or destroy counterdrug support requests.
20
    **ANSWER:**   The requested "counterdrug support requests", if they exist, are not state public
21  records (i.e., they are not writings containing information relating to the conduct of
    government or the performance of any governmental or proprietary function that are prepared,
22  owned, used, or retained by the Washington Military Department, a state agency); therefore the
    Washington Military Department cannot answer this Interrogatory.
23

24  **INTERROGATORY NO. 9:**        Please describe the quantity, organization, form and
    precise physical location of the counterdrug support requests on or about February 19, 2008.
25

26

DEFENDANT'S ANSWERS AND                     3                 ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                               Government Operations Division
WORTHINGTON'S INTERROGATORIES                                          7141 Cleanwater Drive SW
                                                                            PO Box 40108
AND REQUESTS FOR PRODUCTION OF                                          Olympia, WA 98504-0108
DOCUMENTS                                                                  (360) 586-3636

1   **ANSWER:**   The requested "counterdrug support requests", if they exist, are not state public
    records (i.e., they are not writings containing information relating to the conduct of
2   government or the performance of any governmental or proprietary function that are prepared,
    owned, used, or retained by the Washington Military Department, a state agency); therefore the
3   Washington Military Department cannot answer this Interrogatory.
4
    **INTERROGATORY NO. 10:**   Please describe the quantity, organization, form and
5   precise physical location of the counterdrug support requests on or about September 4, 2009.
6
    **ANSWER:**   The requested "counterdrug support requests", if they exist, are not state public
7   records (i.e., they are not writings containing information relating to the conduct of
    government or the performance of any governmental or proprietary function that are prepared,
8   owned, used, or retained by the Washington Military Department, a state agency); therefore
    the Washington Military Department cannot answer this Interrogatory.
9
10  **INTERROGATORY NOS. 11-14:  MEMORANDA OF UNDERSTANDING**
11  **INTERROGATORY NO. 11:**   Please describe the process(es) by which memoranda of
    understanding are created, modified, received, used, processed, stored, archived and/or
12  destroyed, and identify any policies, procedures, manuals or other records that relate to your
    answer.
13
14  **ANSWER:**   The requested "memoranda of understanding", if they exist, are not state public
    records (i.e., they are not writings containing information relating to the conduct of
15  government or the performance of any governmental or proprietary function that are prepared,
    owned, used, or retained by the Washington Military Department, a state agency); therefore the
16  Washington Military Department cannot answer this Interrogatory.
17  **INTERROGATORY NO. 12:**   Please identify the persons who create, modify, receive,
18  use, process, store, archive and/or destroy memoranda of understanding.
19  **ANSWER:**   The requested "memoranda of understanding", if they exist, are not state public
    records (i.e., they are not writings containing information relating to the conduct of
20  government or the performance of any governmental or proprietary function that are prepared,
    owned, used, or retained by the Washington Military Department, a state agency); therefore the
21  Washington Military Department cannot answer this Interrogatory.
22  **INTERROGATORY NO. 13:**   Please describe the quantity, organization, form and
23  precise physical location of the memoranda of understanding on or about April 12, 2008, and
    May 31, 2008.
24
25
26

DEFENDANT'S ANSWERS AND                    4                ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                          Government Operations Division
WORTHINGTON'S INTERROGATORIES                                      7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                         PO Box 40108
DOCUMENTS                                                        Olympia, WA 98504-0108
                                                                    (360) 586-3636

1  **ANSWER:**   The requested "memoranda of understanding", if they exist, are not state public records (i.e., they are not writings containing information relating to the conduct of
2  government or the performance of any governmental or proprietary function that are prepared,
3  owned, used, or retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.
4
   **INTERROGATORY NO. 14:**     Please describe the quantity, organization, form and
5  precise physical location of the memoranda of understanding on or about September 4, 2009.
6
   **ANSWER:**   The requested "memoranda of understanding", if they exist, are not state public
7  records (i.e., they are not writings containing information relating to the conduct of
   government or the performance of any governmental or proprietary function that are prepared,
8  owned, used, or retained by the Washington Military Department, a state agency); therefore
   the Washington Military Department cannot answer this Interrogatory.
9
10 **INTERROGATORY NOS. 15-18: SITUATION REPORTS**

11 **INTERROGATORY NO. 15:**     Please describe the process(es) by which situation reports
   are created, modified, received, used, processed, stored, archived and/or destroyed, and
12 identify any policies, procedures, manuals or other records that relate to your answer.

13 **ANSWER:**   The requested "situation reports", if they exist, are not state public records (i.e.,
14 they are not writings containing information relating to the conduct of government or the
   performance of any governmental or proprietary function that are prepared, owned, used, or
15 retained by the Washington Military Department, a state agency); therefore the Washington
   Military Department cannot answer this Interrogatory.
16
17 **INTERROGATORY NO. 16:**     Please identify the persons who create, modify, receive,
   use, process, store, archive and/or destroy situation reports.
18
   **ANSWER:**   The requested "situation reports", if they exist, are not state public records (i.e.,
19 they are not writings containing information relating to the conduct of government or the
   performance of any governmental or proprietary function that are prepared, owned, used, or
20 retained by the Washington Military Department, a state agency); therefore the Washington
   Military Department cannot answer this Interrogatory.
21
22 **INTERROGATORY NO. 17:**     Please describe the quantity, organization, form and
   precise physical location of the situation reports on or about April 12, 2008, and April 25,
23 2008.

24 **ANSWER:**   The requested "situation reports", if they exist, are not state public records (i.e.,
25 they are not writings containing information relating to the conduct of government or the
   performance of any governmental or proprietary function that are prepared, owned, used, or
26

DEFENDANT'S ANSWERS AND                         5                    ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                                     Government Operations Division
WORTHINGTON'S INTERROGATORIES                                                7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                                    PO Box 40108
DOCUMENTS                                                                   Olympia, WA  98504-0108
                                                                              (360) 586-3636

retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.

**INTERROGATORY NO. 18:**     Please describe the quantity, organization, form and precise physical location of the situation reports on or about September 4, 2009.

**ANSWER:**     The requested "situation reports", if they exist, are not state public records (i.e., they are not writings containing information relating to the conduct of government or the performance of any governmental or proprietary function that are prepared, owned, used, or retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.

**INTERROGATORY NOS. 19-22: AFTER ACTION REPORTS**

**INTERROGATORY NO. 19:**     Please describe the process(es) by which after action reports are created, modified, received, used, processed, stored, archived and/or destroyed, and identify any policies, procedures, manuals or other records that relate to your answer.

**ANSWER:**     The requested "after action reports", if they exist, are not state public records (i.e., they are not writings containing information relating to the conduct of government or the performance of any governmental or proprietary function that are prepared, owned, used, or retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.

**INTERROGATORY NO. 20:**     Please identify the persons who create, modify, receive, use, process, store, archive and/or destroy after action reports.

**ANSWER:**     The requested "after action reports", if they exist, are not state public records (i.e., they are not writings containing information relating to the conduct of government or the performance of any governmental or proprietary function that are prepared, owned, used, or retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.

**INTERROGATORY NO. 21:**     Please describe the quantity, organization, form and precise physical location of the after action reports on or about April 25, 2008.

**ANSWER:**     The requested "after action reports", if they exist, are not state public records (i.e., they are not writings containing information relating to the conduct of government or the performance of any governmental or proprietary function that are prepared, owned, used, or retained by the Washington Military Department, a state agency); therefore the Washington Military Department cannot answer this Interrogatory.

**INTERROGATORY NO. 22:**     Please describe the quantity, organization, form and precise physical location of the after action reports on or about September 4, 2009.

| | | |
|---|---|---|
| DEFENDANT'S ANSWERS AND RESPONSE TO PLAINTIFF WORTHINGTON'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS | 6 | ATTORNEY GENERAL OF WASHINGTON<br>Government Operations Division<br>7141 Cleanwater Drive SW<br>PO Box 40108<br>Olympia, WA 98504-0108<br>(360) 586-3636 |

1   **ANSWER:**   The requested "after action reports", if they exist, are not state public records
2   (i.e., they are not writings containing information relating to the conduct of government or the
    performance of any governmental or proprietary function that are prepared, owned, used, or
3   retained by the Washington Military Department, a state agency); therefore the Washington
    Military Department cannot answer this Interrogatory.
4
5   **INTERROGATORY NO. 23:**   Please state whether Col. Jerry Kosierowski is still the
    Counterdrug Coordinator for the Washington National guard.  If not, please identify the current
6   Counterdrug Coordinator.

7   **ANSWER:**   Although Col. Jerry Kosierowski is not a state employee of the Washington
    Military Department, Defendant believes he is the Counterdrug Coordinator for the
8   Washington National Guard Counterdrug Task Force.



9   **INTERROGATORY NO. 24:**   Please describe the actions taken and decisions made by
    Maj. General Timothy Lowenberg with respect to plaintiff's requests for records.  Please
10  specify whether the actions were taken and/or decisions were made by Maj. General Timothy
    Lowenberg in a Title 10 status, Title 32 status, and/or as a civilian employee.
11
12  **ANSWER:**   Major General Timothy J. Lowenberg, as Adjutant General and director of the
    Washington Military Department, state employee, did not take action or make decisions in
13  responding to Plaintiff's four public disclosure requests that are the subject of this litigation.

14  **INTERROGATORY NO. 25:**   Please describe the actions taken and decisions made by
15  Col. Jerry Kosierowski with respect to plaintiff's requests for records.  Please specify whether
    the actions were taken and/or decisions were made by Col. Jerry Kosierowski in a Title 10
16  status, Title 32 status, and/or as a civilian employee.

17  **ANSWER:**   Col. Jerry Kosierowski is not a state employee of the Washington Military
    Department.
18
19  **INTERROGATORY NO. 26:**   Please describe the actions taken and decisions made by
    Lt. Colonel Nancy Reid with respect to plaintiff's requests for records.  Please specify whether
20  the actions were taken and/or decisions were made by Lt. Colonel Nancy Reid in a Title 10
    status, Title 32 status, and/or as a civilian employee.
21
22  **ANSWER:**   Lt. Colonel Nancy Reid is not a state employee of the Washington Military
    Department.
23
24  **INTERROGATORY NO. 27:**   Please describe the actions taken and decisions made by
    Maj. Thomas W. Muehleisen with respect to plaintiff's requests for records.  Please specify
25  whether the actions were taken and/or decisions were made by Maj. Thomas W. Muehleisen in
    a Title 10 status, Title 32 status, and/or as a civilian employee.
26

DEFENDANT'S ANSWERS AND                    7              ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                       Government Operations Division
WORTHINGTON'S INTERROGATORIES                                 7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                     PO Box 40108
DOCUMENTS                                                      Olympia, WA 98504-0108
                                                                 (360) 586-3636

1

**ANSWER:**   Maj. Thomas W. Muehleisen is not a state employee of the Washington Military
Department.

2

3

**INTERROGATORY NO. 28:**   Please describe the actions taken and decisions made by
Maj. Matthew Cooper with respect to plaintiff's requests for records.  Please specify whether
the actions were taken and/or decisions were made by Maj. Matthew Cooper in a Title 10
status, Title 32 status, and/or as a civilian employee.

4

5

6

**ANSWER:**   Maj. Matthew Cooper is not a state employee of the Washington Military
Department.

7

**INTERROGATORY NO. 29:**   Please describe the actions taken and decisions made by
Sherri Potts with respect to plaintiff's requests for records.  Please specify whether the actions
were taken and/or decisions were made by Sherri Potts in a Title 10 status, Title 32 status,
and/or as a civilian employee.

8

9

10

**ANSWER:**   Sherri Potts is not a state employee of the Washington Military Department.

11

**INTERROGATORY NO. 30:**   Please describe the actions taken and decisions made by
Jill Bushnell with respect to plaintiff's requests for records.  Please specify whether the actions
were taken and/or decisions were made by Jill Bushnell in a Title 10 status, Title 32 status,
and/or as a civilian employee.

12

13

14

**ANSWER:**   Jill Bushnell, Public Records Officer for the Washington Military Department,
state employee, reviewed the Plaintiff's four public disclosure requests that are the subject of
this litigation, timely acknowledged the requests, and communicated with Plaintiff regarding
the requests; consulted with the Assistant Attorney General for the Washington Military
Department; consulted with Major Matthew Cooper, Washington Army National Guard Full-
Time Judge Advocate, and Col. Jerry Kosierowski, Washington Army National Guard
Counterdrug Coordinator, regarding each request and was informed by them that the records
described in each of the four requests is a federal record that has not been and will not be
provided to the Washington Military Department and is not in the possession of the
Washington Military Department, these records are only prepared, owned, used and retained
by the National Guard in its federal role as federal records in federal possession pursuant to
federal law and regulations, and under federal law and regulations these records were not, are
not, and would not be prepared, owned, used or retained by the Washington Military
Department; and, timely responded to Plaintiff that the Washington Military Department had
no responsive public records.

15

16

17

18

19

20

21

22

23

**INTERROGATORY NO. 31:**   Please describe the actions taken and decisions made by
Nancy Bickford with respect to plaintiff's requests for records.  Please specify whether the
actions were taken and/or decisions were made by Nancy Bickford in a Title 10 status, Title 32
status, and/or as a civilian employee.

24

25

26

DEFENDANT'S ANSWERS AND
RESPONSE TO PLAINTIFF
WORTHINGTON'S INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF
DOCUMENTS

8

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA  98504-0108
(360) 586-3636

1   **ANSWER:**   Nancy Bickford, Special Assistant to the Director of the Washington Military
Department, state employee, supervisor of Jill Bushnell, did not take action or make decisions
2   in responding to Plaintiff's four public disclosure requests that are the subject of this litigation.

3
**INTERROGATORY NO. 32:**      Please describe the actions taken and decisions made by
4   Sara Finlay with respect to plaintiff's requests for records.  Please specify whether the actions
were taken and/or decisions were made by Sara Finlay in a Title 10 status, Title 32 status,
5   and/or as a civilian employee.

6   **ANSWER:**    Objection.   Sara Finlay is an Assistant Attorney General representing the
Washington Military Department.  This interrogatory requests information that is privileged
7   attorney client communication and privileged attorney work product.

8

9
**REQUEST FOR PRODUCTION OF DOCUMENTS**
10

11  **REQUEST FOR PRODUCTION NO. 1:**  Please produce all documents identified in your
answers to the Interrogatories above.  This request does *not* include the records that are the
12  subject matter of this litigation.

13  **RESPONSE:** Any documents responsive to this Request For Production have previously
been identified and included in the Washington Military Department's response to Plaintiff
14  counsel's public record request dated August 8, 2008, and are not being duplicated here.

15

16  ANSWERS AND RESPONSES DATED this 9th day of Feb., 2010.

17

18                      By: _____
Brian E. Buchholz, WSBA No. 17564
19                          Attorney for Washington Military Department

20

21                          **CERTIFICATION**

22
_Jill Bushnell_____ declares that he/she has read the foregoing responses to
23  interrogatories, knows the contents thereof and believes the same to be true.

24

25  Signed this 8th day of February, 2010, at Thurston County, Washington

26  _Jill Bushnell_

DEFENDANT'S ANSWERS AND                    9                 ATTORNEY GENERAL OF WASHINGTON
RESPONSE TO PLAINTIFF                                          Government Operations Division
WORTHINGTON'S INTERROGATORIES                                    7141 Cleanwater Drive SW
AND REQUESTS FOR PRODUCTION OF                                       PO Box 40108
DOCUMENTS                                                      Olympia, WA  98504-0108
                                                                  (360) 586-3636

**PROOF OF SERVICE**

I declare that I served a copy of this document on Plaintiff's counsel of record on the date below as follows:

☑ US Mail Postage Prepaid via Consolidated Mail Service

        William John Crittenden
        Attorney at Law
        927 North Northlake Way, Suite 301
        Seattle, WA 98103

☑ Electronic delivery by email to William John Crittenden at

        wjcrittenden@comcast.net

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 9TH day of February, 2010, at Olympia, Washington.

SUKI BELL
Legal Assistant

DEFENDANT'S ANSWERS AND
RESPONSE TO PLAINTIFF
WORTHINGTON'S INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF
DOCUMENTS

10

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
(360) 586-3636