THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN WORTHINGTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE ATTORNEY GENERAL et al,<br><br>    Defendants. | No.C10-00118 JLR<br><br>DECLARATION OF JOHN WORTHINGTON<br><br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS WASHINGTON STATE ATTORNEY GENERAL OFFICE,CHRISTINE GREGOIRE, ROBERT MCKENNA, WASHINGTON STATE PATROL,FRED BJORNBERG AND JOHN BATISTE MOTION TO DISMISS |

# DECLARATION OF JOHN WORTHINGTON

I, John C. Worthington, declare under penalty of perjury under the laws of the state of Washington that the following is true and correct. I am over the age of eighteen years, a citizen of the United States, having Personal knowledge of the facts stated herein, and competent to testify to these facts. I make this declaration based on personal experience, legal fact finding, public disclosure research and internet research.

1.  I recently discovered a declaration by Fred Bjomberg from 2008, which states Fred Bjomberg was not the case agent for the DEA. (Exhibit 1)

2.  I researched the TNET interlocal agreement on the Boney Lake website. (Exhibit 2)

3.  I recently found the West Net seizure report that was sent to me after I settled a public disclosure matter with Kitsap County in 2008 (Exhibit 3)

4.  I researched the West Net Interlocal agreement on the Internet showing the results of a Poulsbo City Council meeting. (Exhibit 4)

5.  In 2008-2009, I obtained public disclosure documents of meetings to develop medical marijuana plant limits, and other medical marijuana enforcement issues. (Exhibit 5)

6.  In December of 2009 and January of 2010 I drove two different personal servers to serve the Washington State Patrol, and the Washington State Attorney Generals Office.ABC legal services also served the WSP in January 2010.(Exhibit 6)

DATED at Renton Washington this 28th day of March, 2010

By: s/ John Worthington
    JOHN WORTHINGTON Pro Se
    4500 SE 2ND PL
    RENTON WA.98059

2