1 to day supervision and control. All reports and other records that are generated as part of the
2 task force are created and stored on the DEA's computer system. Task force records are never
3 created or stored on an officer's home agency computer system, and are not provided to the
4 officer's home agency. Task force records are DEA records.

5     4. DEA investigations each have an assigned "case agent" who is responsible for
6 writing the report for that case. Agents other than the case agent generally do not write reports.

7     5. <u>I recall a DEA investigation involving Mr. Worthington in January 2007. I was
8 not the case agent for that investigation.</u>

9     6. I do not recall generating any records relating to the January 2007 investigation
10 of Mr. Worthington. However, if I did, they would be in the possession of the DEA. I did not
11 generate any WSP records relating to the January 2007 investigation of Mr. Worthington.

12     EXECUTED this 3rd day of November, 2008, at Olympia, Washington.



FRED BJORNBERG

DECLARATION OF FRED BJORNBERG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT    2    ATTORNEY GENERAL'S OFFICE
Criminal Justice Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-6430