# PROPERTY REPORT

**KITSAP COUNTY SHERIFF'S OFFICE**
**PORT ORCHARD, WA 98366**

ENTER CR# HERE: K07-000603

PAGE# / OF#: 1/1
CROSS REF. CASE/FILE NUMBERS: K07-001

SUSPECT'S NAME: WORTHINGTON, JOHN
A.K.A:
TYPE OF COMPLAINT: VUCSA

OTHER NAMES (Specify – ie. victim, owner, finder, etc):
[redacted] SE 2ND PL, RENTON WA.    1845 HOURS

REPORTING OFFICER (PRINT): R. ALLOWAY
BADGE: 435
PLACED IN EVIDENCE LOCKER DATE: 1-12-07  TIME: 2000
LOCKER #: —

CODES – enter for each item: Found, Confiscated, Evidence, Recovered, S – Safekeeping, D – Destroy, O – Other

| # | Code | Item Description | Manufacturer | Model# | Serial# | Property Obtained From – Person/Location | Return To | Remarks | Returnee's Phone# |
|---|------|------------------|--------------|--------|---------|------------------------------------------|-----------|---------|-------------------|
| 1 | E | 6 MARIJUANA PLANTS | | | | REAR SHED | | | (103) |
| 2 | E | PAPERWORK | | | | BEDROOM | | WA. ST. ID & PAPERWORK | (198) |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 0 | | | | | | | | | |

AB WORK REQUIRED ITEMS#:

CONFIDENTIAL: DO NOT DISCLOSE
FURTHER DISSEMINATION PROHIBITED
WITHOUT WRITTEN PERMISSION FROM THE
KITSAP COUNTY SHERIFF'S OFFICE

WORTHINGTON 00033

DISTRIBUTION: Original with report; all others with evidence.

ORIGINAL