1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

JOHN WORTHINGTON,

CASE NO. C10-0118JLR

11

Plaintiff,

ORDER

12

v.

13

WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE, et al.,

14

Defendants.

15

Before the court are Plaintiff John Worthington's Motion to Set Aside Judgment

16

and Motion for leave to file the same (Dkt. ## 101, 102).  This is a closed case.  Mr.

17

Worthington brought this action against numerous government defendants alleging that

18

his marijuana plants were improperly seized.  The court dismissed the case without leave

19

to amend on April 20, 2010 (4/20/10 Order (Dkt. # 66)), and this dismissal was affirmed

20

on appeal on June 27, 2011 (Order of USCA (Dkt. # 96)).  In addition, the court ordered

21

Mr. Worthington not to file any motions for reconsideration or motions to amend without

22

1    first obtaining leave of the court, stating that "[t]he court will grant leave to Mr.

2    Worthington upon a showing that his motion has merit and is brought in good faith."

3    (5/10/10 Order (Dkt. # 75) at 2.)  Mr. Worthington now seeks leave to file a new motion.

4           The court DENIES this request.  First of all, this motion falls under the ambit of

5    the court's prior order and Mr. Worthington may not file it without requesting leave.

6    This is, in substance, a motion for reconsideration.  Mr. Worthington asks the court to

7    "vacate the previous order dismissing [his] motions and claims . . . ."  (Mot. (Dkt. # 102)

8    at 6.)  His motion asks the court to revisit its prior rulings.  Thus, although it is labeled a

9    Federal Rule of Civil Procedure 60(b) motion, this is a motion for reconsideration and

10   Mr. Worthington must seek the court's leave before filing, as he has properly done.

11          The court denies the request for leave.  As stated above, the court will grant leave

12   "upon a showing that [the] motion has merit and is brought in good faith."  (5/10/10

13   Order at 2.)  Mr. Worthington's request fails this test because the underlying motion has

14   no merit.  First, the motion is untimely.  This is true regardless of whether the motion is

15   treated as a motion for reconsideration (*see* Local Rules W.D. Wash. LCR 7(h)(2)), or as

16   a Rule 60(b) motion (*see* Fed. R. Civ. P. 60(c)(1)).  Second, Mr. Worthington raises no

17   argument or authority that suggests he is entitled to the relief he requests.  Instead, he

18   seeks to relitigate claims that were decided long ago without stating any valid grounds for

19   doing so or any legitimate reasons why the previous order was incorrect.

20   //

21   //

22   //

ORDER- 2

1          Accordingly, the court DENIES Mr. Worthington's request for leave to file this

2   motion (Dkt. # 101) and STRIKES the motion (Dkt. # 102).

3          Dated this 29th day of August, 2013.

4

5

6          _____

7          JAMES L. ROBART
           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 3